IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


UNITED STATES OF AMERICA

v.                                                              CASES NO.  5:13cr11-RH/GRJ
                                                                                        5:16cv163-RH/GRJ
JONATHAN EVERETT GIBSON,

      Defendant.

_____/


## ORDER GRANTING RELIEF UNDER § 2255

      The defendant Jonathan Everett Gibson. has moved under 28 U.S.C. § 2255 for relief from his sentence. The government consents. This order grants the motion.

      Mr. Gibson pleaded guilty to possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1). The maximum sentence for violating § 922(g)(1) is ordinarily 10 years in prison. *See id.* § 924(a)(2). But if the defendant is an armed career criminal as defined in 18 U.S.C. § 924(e), the *minimum* sentence is 15 years, and the maximum is life.

      Under the law of the circuit as in effect when Mr. Gibson was sentenced, he was an armed career criminal. Now the law has changed. Under *Johnson v. United*

*States*, 135 S. Ct. 2551 (2015), Mr. Gibson is no longer an armed career criminal. *Johnson* is retroactively applicable on collateral review. *See Welch v. United States*, 136 S. Ct. 1257 (2016). The maximum sentence that could be imposed is now 10 years. The change also affects the guideline range and, at least for that reason, the application of the sentencing criteria set out in 18 U.S.C. § 3553(a). Mr. Gibson is entitled to a full resentencing.

For these reasons,

IT IS ORDERED:

1. The consented motion for relief under 28 U.S.C. § 2255, ECF No. 60, is granted.

2. The clerk must set a sentencing hearing for the earliest date that is available in light of the need to return Mr. Gibson to the district.

3. The probation officer must prepare a supplemental addendum to the presentence report setting out the revised guideline range and any other pertinent information.

SO ORDERED on September 18, 2016.

                                         s/Robert L. Hinkle
                                         United States District Judge